# United States District Court
## Eastern District of California

**DEFERRED**

UNITED STATES OF AMERICA
v.
**PATRICK REYNOLDS**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **6:09-MJ-00263 GSA**

JEREMY KROGER
Defendant's Attorney

**THE DEFENDANT:**

[✔] pleaded guilty to the offense: described in the Violation Notice .
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Citation Number |
|---|---|---|---|
| 36 CFR 2.35(b)(2) | POSSESSION of CONTROLLED SUBSTANCE (MARIJUANA) | 12/19/2009 | 1844399 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ] Citation 1844400 is dismissed on the motion of the United States.

[ ] Indictment is to be dismissed by District Court on motion of the United States.

[ ] Appeal rights given.          [ ] Appeal rights waived.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

1/5/2010
Date of Imposition of Judgment

/s/ GARY S. AUSTIN
Signature of Judicial Officer

**GARY S. AUSTIN**, United States Magistrate Judge
Name & Title of Judicial Officer

1/13/2010
Date

# PROBATION

The defendant is hereby sentenced to 12 months unsupervised probation.

[✔] **Judgment entered pursuant to 18 U.S.C. §3607 is deferred.** If the defendant completes the term of probation without violation of conditions imposed, the proceedings will be dismissed.

## SPECIAL CONDITIONS OF PROBATION

1. The defendant shall obey all laws (local, state, and federal).

2. The defendant shall pay a criminal monetary penalty for the total amount of $500.00 which consists of a $465.00 fine, $10.00 penalty assessment, and a $25.00 processing fee. Total payment is due within 90 days. Payable to the Clerk, U.S. District Court, and mailed to:

    Office of the Clerk
    U.S. District Court
    2500 Tulare Street
    Fresno, California 93721

3. The defendant is ordered to appear for a Review Hearing at the U.S. District Court, 1/4/2011, 10:00 a.m. Defendant is ordered to bring proof of payment , whereas the Court will determine whether all the conditions of probation have been met, and consider vacating the remaining time of probation, and enter final disposition of Deferred Judgment.